Union Contracting Company, complainant, v. Washington Construction Company et al., defendants. In re Contempt Proceedings against Peter S. Shaughnessy, respondent and appellant. Gen. No. 30,259.

Contempt for violation of injunction. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Affirmed. Opinion filed February 2, 1926.

McInerney & Power, for appellant; B. M. Shaffner, of counsel. McCormick, Kirkland, Patterson & Fleming, for appellee; Charles F. Rathbun and Vernon M. Welsh, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

---

Ida G. Hogg et al., complainants and appellees, v. Julia Cummings Hohmann et al., defendants, on appeal of Theodore P. Keller, appellant. Gen. No. 29,580.

Appeal from the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Affirmed on authority of Gen. No. 29,549, *ante.* Opinion filed February 2, 1926. Rehearing denied February 17, 1926.

Newby, Murphy & Walker and Albert E. Isley, for appellant. Fink, Lowes & Bishop, for appellees.

Per curiam.

---

Union Contracting Company, complainant, v. Washington Construction Company et al., defendants. In re Contempt Proceedings against Charles L. Wilde, respondent and appellant. Gen. No. 30,260.

Contempt. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Affirmed on authority of Gen. No. 30,259, *ante.* Opinion filed February 2, 1926.

McInerney & Power, for appellant; B. M. Shaffner, of counsel. McCormick, Kirkland, Patterson & Fleming, for appellee; Charles F. Rathbun and Vernon M. Welsh, of counsel.

Per curiam.

---

Union Contracting Company, complainant, v. Washington Construction Company, et al., defendants. In re Contempt Proceedings against John Campbell, respondent and appellant. Gen. No. 30,261.

Contempt. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Affirmed on authority of Gen. No. 30,259, *ante.* Opinion filed February 2, 1926.

McInerney & Power, for appellant; B. M. Shaffner, of counsel. McCormick, Kirkland, Patterson & Fleming, for appellee; Charles F. Rathbun and Vernon M. Welsh, of counsel.

Per curiam.

---

Union Contracting Company, complainant, v. Washington Construction Company et al., defendants. In re Contempt Proceedings against John T. Stretch, respondent and appellant. Gen. No. 30,262.

Contempt. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the second di-